961 A.2d 1227

**COMMONWEALTH of Pennsylvania, Respondent**

v.

**Michael Eugene KEFAUVER, Petitioner.**

Supreme Court of Pennsylvania.

Dec. 2, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 2nd day of December, 2008, the Petition for Permission to Amend and the Petition for Allowance of Appeal are hereby **DENIED.**